IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ANNA PAZ, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:23-CV-485-DII |
| COSTCO WHOLESALE CORPORATION, | § § § | |
| Defendant. | § | |

**ORDER**

On February 23, 2024, Plaintiff Costco Wholesale Corporation ("Plaintiff") and Defendant Costco Wholesale Corporation ("Defendant") dismissed with prejudice all claims asserted by Plaintiff against Defendant in this case by joint stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Dkt. 12). "Stipulated dismissals under Rule 41(a)(1)(A)(ii) . . . require no judicial action or approval and are effective automatically upon filing." *Yesh Music v. Lakewood Church*, 727 F.3d 356, 362 (5th Cir. 2013). Accordingly, as nothing remains to resolve, **IT IS ORDERED** that this case is **CLOSED**.

**SIGNED** on February 26, 2024.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE